**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

September 9, 2009

Clerk, U.S. Bankruptcy Court

RE: Larry E. & Bertha M. Morris
    Bankruptcy Case No.   1-04-02139
    Unclaimed Funds For:   Fairlane Credit
                             PO Box 3999
                             Saint Joseph MO 64503

Dear Clerk:

   Enclosed herewith please find check No.751147 for $3,167.24 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

   Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                                         Very truly yours,

                                         Carol A. Kreider
                                         Funds Manager